**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter _____ 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Glosslab LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 81-4662283 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 27 West 20th Street | |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| New York          NY      10011 | |
| City                    State    ZIP Code | City                    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| New York County | |
| County | Number        Street |
| | |
| | City                    State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.glosslab.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Glosslab LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

8121

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor Glosslab-Flatiron LLC Relationship affiliate

District New York Southern District When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Glosslab LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                    State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Glosslab LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/23/2024
              MM / DD / YYYY

✖ /s/ Rachel Apfel Glass
Signature of authorized representative of debtor

Rachel Apfel Glass
Printed name

Title  CEO

**18. Signature of attorney**

✖ /s/ Adrienne Woods
Signature of attorney for debtor

Date  12/23/2024
       MM / DD / YYYY

Adrienne Woods
Printed name

WZMP Weinberg Zareh Malkin Price LLP
Firm name

45 Rockefeller Plaza, 20th Floor
Number        Street

New York                                    NY        10111
City                                        State     ZIP Code

212-899-5470                                awoods@wzmplaw.com
Contact phone                               Email address

4356770                                     NY
Bar number                                  State

**Glosslab LLC, et al.**

**Question 10 - Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

| Order | Debtor | Relationship | District | When | Case number, if known |
|---|---|---|---|---|---|
| 1 | GLOSSLAB LLC | Parent | New York - Southern District | 12/23/2024 | pending |
| 2 | GLOSSLAB IP LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 3 | GLOSSLAB-FLATIRON LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 4 | GLOSSLAB 180 WEST BROADWAY LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 5 | GLOSSLAB 1165 BROADWAY LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 6 | GLOSSLAB 127 FOURTH AVENUE LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 7 | GLOSSLAB 1601 CONN AVE | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 8 | GLOSSLAB 207 84TH STREET LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 9 | GLOSSLAB 33 ELM STREET LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 10 | GLOSSLAB 401 THIRD AVENUE LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 11 | GLOSSLAB 500 FEDERAL LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 12 | GLOSSLAB 640 BROADWAY LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 13 | GLOSSLAB 870 SEVENTH AVENUE LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 14 | GLOSSLAB BETHESDA ROW LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 15 | GLOSSLAB BISCAYNE BOULEVARD LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 16 | GLOSSLAB CABIN LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 17 | GLOSSLAB CLOSTER MARKET PLACE LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 18 | GLOSSLAB CONNECTICUT AVENUE LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 19 | GLOSSLAB DARIEN COMMONS LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 20 | GLOSSLAB ESPLANADE AVENTURA LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 21 | GLOSSLAB GIO MIDTOWN LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 22 | GLOSSLAB GIRALDA PLACE LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 23 | GLOSSLAB HOBOKEN LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 24 | GLOSSLAB HOUSTON HEIGHTS LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 25 | GLOSSLAB LAKEWOOD LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 26 | GLOSSLAB LOVERS LANE LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 27 | GLOSSLAB MONTVALE LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 28 | GLOSSLAB PALMER CENTER LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 29 | GLOSSLAB PARK WEST LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 30 | GLOSSLAB PRESTON ROYAL VILLAGE EAST LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 31 | GLOSSLAB RICE VILLAGE LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 32 | GLOSSLAB RIVER OAKS LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 33 | GLOSSLAB ROSLYN LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 34 | GLOSSLAB UNION MARKET LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 35 | GLOSSLAB VILLAGE AT TOWN CENTER LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 36 | GLOSSLAB WEST 23RD STREET LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 37 | GLOSSLAB WISCONSIN AVENUE LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 38 | GLOSSLAB-GREENWICH AVE LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |
| 39 | GLOSSLAB-NOHO LLC | Affiliate | New York - Southern District | 12/23/2024 | pending |

**Fill in this information to identify the case:**

Debtor name _____Glosslab LLC_____

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NYC Department of Finance Office of Legal Affairs 375 Pearl Street, 30th Floor New York, NY, 10038 | | Taxes & Other Government Units | Disputed Unliquidated Contingent | | | 2,218,317.15 |
| 2 | SHG Montvale MB IR, LLC c/o The S. Hekemian Group 10 Sterline Blvd. Ste 401 Englewood, NJ, 07631 | | Judgment Liens | Disputed Unliquidated Contingent | | | 320,965.07 |
| 3 | AP Houston Heights Marketplace, LLC c/o Palter Sims Martinez PLLC 15443 Knoll Trail Suite 100 Dallas, TX, 75248 | | Judgment Liens | Disputed Unliquidated Contingent | | | 289,882.00 |
| 4 | Texas Comptroller of Public Accounts P.O. Box 13528, Capitol Station Austin, TX, 78711 | | Taxes & Other Government Units | Disputed Unliquidated Contingent | | | 235,206.99 |
| 5 | U.S. Small Business Administration 26 Federal Plaza, Room 3100 District Counsel, New York District Office New York, NY, 10278 | | | Disputed Unliquidated Contingent | | | 150,000.00 |
| 6 | GRI Lakewood LLC c/o First Washington Realty, Inc. 7200 Wisconsin Avenue Bethesda, MD, 20814 | | Judgment Liens | Disputed Unliquidated Contingent | | | 148,266.19 |
| 7 | Paul M. Maintenance, Inc. c/o Zisholtz & Zisholtz, LP 200 Garden City Plaza, Suite 408 Garden City, NY, 11530 | | Judgment Liens | Disputed Unliquidated Contingent | | | 144,363.65 |
| 8 | Rapid Finance aka Small Business Financial Solutions, LLC 4500 East West Highway 6th Floor Bethesda, MD, 20814 | | | Disputed Unliquidated Contingent | | | 140,000.00 |

Debtor    Glosslab LLC
_____
Name

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | 23 R.P. Associates LLC c/o Thomas R. Kleinberger, PLLC 411 Fifth Avenue, 9th Floor New York, NY, 10016 | Thomas R. Kleinberger, Esq. 9173265523 tkleinberger@adamsre.com | Judgment Liens | Disputed Unliquidated Contingent | | | 114,893.53 |
| 10 | Kain Family Limited Partnership 1601 Connecticut Avenue NW Suite 501 Washington, DC, 20009 | | Judgment Liens | Disputed Unliquidated Contingent | | | 114,451.59 |
| 11 | TD Ameritrade c/o Greenberg Traurig, LLP One Vanderbilt Avenue New York, NY, 10017 | | Judgment Liens | Disputed Unliquidated Contingent | | | 103,101.53 |
| 12 | HCI_Cerberus PCNY Owner LP 870 Seventh Avenue New York, NY, 10019 | | Judgment Liens | Disputed Unliquidated Contingent | | | 93,077.61 |
| 13 | ADP 400 Covina Blvd. San Dimas, CA, 91773 | | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 84,611.59 |
| 14 | Wood Plan Inc 28-31 119th Street Flushing, NY, 11354 | ryan.moon0816@gmail.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 78,743.30 |
| 15 | RV Main Campus Revenue PO Box 734453 Dallas, TX, 75391 | cara.kelly@gtlaw.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 77,149.39 |
| 16 | Braneworks, LLC 11668 Claymont Circle Windermere, FL, 34786 | (407) 436-6586 bob@braneworks.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 73,000.00 |
| 17 | PIRS Capital, LLC 1688 Meridian Ave Ste 700 Miami Beach, FL, 33139 | pirs@pirscapital.cpm | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 63,659.05 |
| 18 | Street Retail, LLP c/o Miles & Stockbridge, P.C. 11 N. Washington St. Suite 700 Rockville, MD, 20850 | | Judgment Liens | Disputed Unliquidated Contingent | | | 57,883.21 |
| 19 | Tyko Sign Group 5002 Venice Boulevard Los Angeles, CA, 90019 | (910) 232-2399 ar@tykosigns.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 55,429.51 |
| 20 | Modern Space Pacific Service, Inc 611 South Palmetto Avenue Ontario, CA, 91762 | (317) 294-4296 jared.allred@modernspace.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 53,359.00 |

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

Glosslab LLC
_____ Chapter ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Rachel Apfel Glass<br>27 West 20th Street, New York, NY 10011 | 49.11 | Other (Common units) |
| Stenzler Advisors Corp.<br>27 West 20th Street, New York, NY 10011 | 19.21 | Other (Common units) |
| Spring Lab LLC<br>27 West 20th Street, New York, NY 10011 | 4.51 | Other (Common units) |
| Martha Speight, Trustee, Speight Family Trust<br>27 West 20th Street, New York, NY 10011 | 15.63 | Other (Common units) |
| Brandy JDJ LLC<br>27 West 20th Street, New York, NY 10011 | 11.53 | Other (Common units) |

**GLOSSLAB LLC, et al.**

Glosslab LLC has two classes of equity securities:

| | |
|---|---:|
| Common Units | 17,779,614 |
| Preferred Units | 19,893,542 |
| Total Units Outstanding | 37,673,156 |

Common Units have voting rights

Preferred Units do not have voting rights and have a liquidation preference

Glosslab also issued certain rights and options which are unexercised and not included herein

| Equityholder | Common Unit (CU) | Percentage of CU | Preferred Unit (PU) | Outstanding CU equivalents | Fully Diluted Ownership |
|---|---:|---:|---:|---:|---:|
| Rachel Apfel Glass | 8,732,400 | 49.11% | | 8,732,400 | 23.18% |
| Stenzler Advisor Corp. | 3,415,687 | 19.21% | | 3,415,687 | 9.07% |
| Martha T. Speight, Trustee under the Speight Family 2012 Trust 12/1/12 | 2,779,614 | 15.63% | | 2,779,614 | 7.38% |
| Brandys JDJ LLC | 2,049,413 | 11.53% | | 2,049,413 | 5.44% |
| Spring Lab LLC | 802,500 | 4.51% | | 802,500 | 2.13% |
| ADAM & LARSA, LLC | | | 29,239 | 29,239 | 0.08% |
| Aiden Fine Arts Inc. | | | 69,006 | 69,006 | 0.18% |
| ALEXANDER S COOLEY | | | 500,000 | 500,000 | 1.33% |
| AMAR'E STOUDEMIRE, TRUSTEE OF THE STOUDEMIRE REVOCABLE TRUST DTD JULY 16, 2004 | | | 100,000 | 100,000 | 0.27% |
| AMBRIDGE CAPITAL, LP - SERIES 1 (ABE BURNS) | | | 50,000 | 50,000 | 0.13% |
| ANDREA SERRA | | | 125,000 | 125,000 | 0.33% |
| ANDREW LIN | | | 10,000 | 10,000 | 0.03% |
| ANDREW MEYERS | | | 64,620 | 64,620 | 0.17% |
| ANDREW STEIN | | | 50,000 | 50,000 | 0.13% |
| ANTS ON SUGAR, LLC (JESS BOLKCOM) | | | 75,000 | 75,000 | 0.20% |
| BEEN THERE, LLC (KEN KERTZ) | | | 50,000 | 50,000 | 0.13% |
| BENJAMIN KAPLAN | | | 325,000 | 325,000 | 0.86% |
| BEYOND CATEGORY LLC | | | 25,000 | 25,000 | 0.07% |
| BOBBY MALACK | | | 25,000 | 25,000 | 0.07% |
| BRIAN D SMITH | | | 200,000 | 200,000 | 0.53% |
| BURKE GIRLS INVESTMENTS BURKE | | | 100,000 | 100,000 | 0.27% |
| Caleb Pressley | | | 25,000 | 25,000 | 0.07% |
| CARLOS REYES | | | 200,000 | 200,000 | 0.53% |
| CH VENTURES LLC | | | 8,771 | 8,771 | 0.02% |
| CHARLES OLIVER ISELIN | | | 39,619 | 39,619 | 0.11% |
| CHARLES SCHWARTZ | | | 25,000 | 25,000 | 0.07% |
| CHASEN RAPP | | | 50,000 | 50,000 | 0.13% |
| CHRIS S. BROWN BROWN | | | 316,959 | 316,959 | 0.84% |
| CHRISTINE JACOBS | | | 100,000 | 100,000 | 0.27% |
| CHRISTOPHER JOHNSON | | | 64,619 | 64,619 | 0.17% |
| CKA INVESTMENTS LLC (ARVIND CHARY) | | | 50,000 | 50,000 | 0.13% |
| COREY METZ | | | 75,000 | 75,000 | 0.20% |
| CRITICAL PATH HOLDINGS LLC (MICHAEL WINSTON) | | | 36,695 | 36,695 | 0.10% |
| DANIEL SAILORS | | | 50,000 | 50,000 | 0.13% |
| DAVID EDWARDS | | | 100,000 | 100,000 | 0.27% |
| Dean Investment Holdings, LLC | | | 108,696 | 108,696 | 0.29% |
| DEMETRIOS LYRISTIS | | | 100,000 | 100,000 | 0.27% |
| Ebarb Enterprises LLC | | | 58,479 | 58,479 | 0.16% |
| EDWARD J. OH | | | 1,000,000 | 1,000,000 | 2.65% |
| Elie Ballas | | | 250,000 | 250,000 | 0.66% |
| Elizabeth Brown De Armas | | | 200,000 | 200,000 | 0.53% |
| ELIZABETH GROVER | | | 150,000 | 150,000 | 0.40% |
| ELIZABETH SPEIGHT COOLEY | | | 792,397 | 792,397 | 2.10% |
| ELLIOT TEBELE | | | 125,000 | 125,000 | 0.33% |
| ERIC J DINOWITZ | | | 346,198 | 346,198 | 0.92% |
| EUGENE REMM | | | 25,000 | 25,000 | 0.07% |
| EVERYOUNG HOLDINGS, LLC | | | 50,000 | 50,000 | 0.13% |

| Equityholder | Common Unit (CU) | Percentage of CU | Preferred Unit (PU) | Outstanding CU equivalents | Fully Diluted Ownership |
|---|---|---|---|---|---|
| Find Your Happy, LLC | | | 50,000 | 50,000 | 0.13% |
| Flamingo Way Enterprises LLC | | | 146,198 | 146,198 | 0.39% |
| GLOSSBW, LLC | | | 245,614 | 245,614 | 0.65% |
| Gobfos Holdings LLC | | | 250,000 | 250,000 | 0.66% |
| GRACE + DAVID CHUNG | | | 14,619 | 14,619 | 0.04% |
| Gregory Sher | | | 75,000 | 75,000 | 0.20% |
| GRIFFIN SPEIGHT | | | 237,719 | 237,719 | 0.63% |
| GROOT INVESTMENTS, LLC | | | 200,000 | 200,000 | 0.53% |
| HARRY SCHWEFEL | | | 292,397 | 292,397 | 0.78% |
| HEATHER YABLON | | | 50,000 | 50,000 | 0.13% |
| HFP ASSOCIATES LIMITED PARTNERSHIP | | | 150,000 | 150,000 | 0.40% |
| JACKSON GRAHAM | | | 39,619 | 39,619 | 0.11% |
| JACOB MCGEE | | | 25,000 | 25,000 | 0.07% |
| JAMES HUETHER | | | 153,675 | 153,675 | 0.41% |
| JARED T. GOFF REVOCABLE FAMILY TRUST | | | 99,049 | 99,049 | 0.26% |
| JARROD MOSES | | | 76,837 | 76,837 | 0.20% |
| JEFF LIU | | | 39,619 | 39,619 | 0.11% |
| JESS E SPEIGHT | | | 237,719 | 237,719 | 0.63% |
| JOHN KIM | | | 237,719 | 237,719 | 0.63% |
| JOHN NICHOLAS MARTIN | | | 50,000 | 50,000 | 0.13% |
| John Rubinetti | | | 87,719 | 87,719 | 0.23% |
| JONATHAN LEWINSOHN | | | 79,239 | 79,239 | 0.21% |
| JORDAN BETTMAN | | | 25,000 | 25,000 | 0.07% |
| JORDAN BROWN | | | 64,619 | 64,619 | 0.17% |
| JORDAN SESSLER | | | 25,000 | 25,000 | 0.07% |
| KEVIN FARLEY | | | 50,000 | 50,000 | 0.13% |
| KIRKPATRICK PERROW ADAMSON | | | 50,000 | 50,000 | 0.13% |
| KLI CAPITAL, LP | | | 250,000 | 250,000 | 0.66% |
| KLP INVESTMENT TRUST | | | 50,000 | 50,000 | 0.13% |
| KTR INC. | | | 25,000 | 25,000 | 0.07% |
| LAUREL LAKE, LLC | | | 100,000 | 100,000 | 0.27% |
| LINDSAY MCCORMICK | | | 200,000 | 200,000 | 0.53% |
| LIVLAUR, LLC | | | 250,000 | 250,000 | 0.66% |
| MALKA HOLDINGS LLC | | | 250,000 | 250,000 | 0.66% |
| MARK GOODMAN | | | 25,000 | 25,000 | 0.07% |
| MARK SANCHEZ OCTOBER 6, 2009 TRUST | | | 153,675 | 153,675 | 0.41% |
| MARTHA SPEIGHT TRUST | | | 1,754,385 | 1,754,385 | 4.66% |
| MAURICE BOSCHETTI, LLC | | | 79,239 | 79,239 | 0.21% |
| MAURY BARDOVI | | | 23,391 | 23,391 | 0.06% |
| MERCHANT CLUB | | | 1,081,871 | 1,081,871 | 2.87% |
| MICHAEL FERRIER | | | 40,000 | 40,000 | 0.11% |
| MICHAEL HIRSCH | | | 50,000 | 50,000 | 0.13% |
| MIRACLE VENTURES II LP | | | 1,000,000 | 1,000,000 | 2.65% |
| NEEL KANDALA CHARY | | | 50,000 | 50,000 | 0.13% |
| NEON TURTLE LLC | | | 75,000 | 75,000 | 0.20% |
| NICHOLAS F. ROMANO | | | 80,000 | 80,000 | 0.21% |
| Nikki Bohannon | | | 10,000 | 10,000 | 0.03% |
| NIKKI CASSON | | | 79,239 | 79,239 | 0.21% |
| NPW ENTERPRISES LLC | | | 146,198 | 146,198 | 0.39% |
| NUCLEUS CAPITAL LLC RAD | | | 150,000 | 150,000 | 0.40% |
| Olivia Culpo | | | 10,000 | 10,000 | 0.03% |
| Omid Lari | | | 30,000 | 30,000 | 0.08% |
| PAIGE DESORBO | | | 38,418 | 38,418 | 0.10% |
| PATRICK SCHWARZENEGGER | | | 25,000 | 25,000 | 0.07% |
| PAUL J. SOLIT SOLIT | | | 50,000 | 50,000 | 0.13% |
| Pink Tree Group, LLC | | | 20,000 | 20,000 | 0.05% |
| PULLEY LLC | | | 58,479 | 58,479 | 0.16% |
| RAHBAR ANGEL LLC | | | 50,000 | 50,000 | 0.13% |
| RAJ FAMILY LIMITED PARTNERSHIP | | | 175,438 | 175,438 | 0.47% |
| REBECCA STEIN | | | 25,000 | 25,000 | 0.07% |
| RIAN A MAERCKS | | | 58,479 | 58,479 | 0.16% |

| Equityholder | Common Unit (CU) | Percentage of CU | Preferred Unit (PU) | Outstanding CU equivalents | Fully Diluted Ownership |
|---|---|---|---|---|---|
| RICHARD JOSEPH SCARINCI SCARINCI | | | 50,000 | 50,000 | 0.13% |
| ROBERT EVEREST | | | 225,000 | 225,000 | 0.60% |
| ROBERT FEINBLATT | | | 100,000 | 100,000 | 0.27% |
| ROBERT M LAVAN LAVAN | | | 100,000 | 100,000 | 0.27% |
| ROBERT W. SPEIGHT JR SPEIGHT | | | 792,397 | 792,397 | 2.10% |
| RYAN SESSLER | | | 25,000 | 25,000 | 0.07% |
| RYAN URBAN | | | 39,619 | 39,619 | 0.11% |
| SCACCO TRUST | | | 200,000 | 200,000 | 0.53% |
| SCHELL LIVING TRUST DATED JULY 8, 2016 | | | 25,000 | 25,000 | 0.07% |
| SCOOP INVESTMENTS II, LLC | | | 150,000 | 150,000 | 0.40% |
| SCOTT DIAS | | | 100,000 | 100,000 | 0.27% |
| SETH PHILLIPS | | | 39,619 | 39,619 | 0.11% |
| SILVERMAN CAPITAL LLC | | | 250,000 | 250,000 | 0.66% |
| SO FAR SO GOOD, LLC | | | 100,000 | 100,000 | 0.27% |
| Stephen Estes Hupp Jr | | | 175,438 | 175,438 | 0.47% |
| STEVEN RACINE | | | 55,088 | 55,088 | 0.15% |
| THE M.E.M. GROUP, INC. | | | 250,000 | 250,000 | 0.66% |
| THOMAS ANDERMAN | | | 50,000 | 50,000 | 0.13% |
| Thomas Hupp | | | 584,795 | 584,795 | 1.55% |
| TODD CLEGG | | | 50,000 | 50,000 | 0.13% |
| TOUCHSTONE LIFE ESSENTIALS, INC | | | 146,198 | 146,198 | 0.39% |
| WC Investment Partnership | | | 116,959 | 116,959 | 0.31% |
| William Halabi | | | 50,000 | 50,000 | 0.13% |
| WILLIAM MACE BROWN | | | 200,000 | 200,000 | 0.53% |
| William Thomas Daughtrey III | | | 58,479 | 58,479 | 0.16% |
| WILTON SPEIGHT | | | 158,479 | 158,479 | 0.42% |
| WINSLOW, LLC | | | 100,000 | 100,000 | 0.27% |
| YAHYA A MOKHTARZADA | | | 40,000 | 40,000 | 0.11% |

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___Glosslab LLC_____

United States Bankruptcy Court for the: ___Southern District of New York____

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/23/2024___        ✘ /s/ Rachel Apfel Glass
     MM / DD / YYYY              Signature of individual signing on behalf of debtor

                        Rachel Apfel Glass
                        Printed name

                        CEO
                        Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Glosslab LLC |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Creditor's name**
VD Brand Holdings, Inc.

**Describe debtor's property that is subject to a lien**
Blanket lien including Intellectual Property

Column A: $ 326,599.69
Column B: $ Unknown

**Creditor's mailing address**
c/o Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street, New York, NY 10019

**Describe the lien**
Agreement you made

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 10/30/2024
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**2.2** **Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____     $ _____

**Creditor's mailing address**

**Creditor's email address, if known**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 326,599.69

Debtor    Glosslab LLC
_____                Case number (*if known*)_____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Form 206D                    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**                    page _2_ of _2_

**Fill in this information to identify the case:**

Debtor  Glosslab LLC

United States Bankruptcy Court for the:  Southern District of New York

Case number
(If known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Alexandra Buri
37-43 88th St
4B
Jackson Heights, NY 11230

As of the petition filing date, the claim is: $ 1,586.00    $ 1,586.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.2** Priority creditor's name and mailing address
Alicia Saldana
1925 Glenwood Rd Apt 3C
Brooklyn, NY 11230

As of the petition filing date, the claim is: $ Unknown    $
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.3** Priority creditor's name and mailing address
Anjana Jugjali
4162 70th St
Woodside, NY 11377

As of the petition filing date, the claim is: $ Unknown    $
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address
Araceli Leon Perez
42-65 80th Street apt 3G
Queens, NY 11373

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 1,520.00    $ 1,520.00

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address
Blanca Palaguachi Paguay
94-15 52nd Avenue
Elmhurst, NY 11373

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 1,172.00    $ 1,172.00

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.6** Priority creditor's name and mailing address
Carmen Augustin

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 392.00    $ 392.00

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address
Carmen Tamay
102-24 45th Avenue
Apt 2nd Floor
Queens, NY 11368

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$ 921.00    $ 921.00

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.8** **Priority creditor's name and mailing address**
Connecticut Department Of Labor
Deliquent Accounts
200 Folly Brook Boulevard
Wethersfield, CT 06109

$ 206.98          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   0-00

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.9** **Priority creditor's name and mailing address**
Coral Ramos
92-16 Whitney Ave
Queens, NY 11373

$ 1,192.00          $ 1,192.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.10** **Priority creditor's name and mailing address**
Diana De La Cruz Toalombo
99-07 37 Ave Apt 3R
Corona, NY 11368

$ 1,715.00          $ 1,715.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.11** **Priority creditor's name and mailing address**
Diana Guaman Pinguil
37-67 100Th St Apt 2F
Corona, NY 11368

$ 1,136.00          $ 1,136.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Debtor ___Glosslab LLC___
     Name

24-12399-mew    Doc 1    Filed 12/23/24    Entered 12/23/24 15:07:27    Main Document
                              Pg 18 of 80          Case number *(if known)*_____    Main Document

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.12** Priority creditor's name and mailing address

District of Columbia Office of Tax and Revenue
1101 4th Street, SW
Suite 270 West
Washington, DC 20024

$ __Unknown__          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** __81-4662283__

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

---

**2.13** Priority creditor's name and mailing address

Doris Juncal Zhagnay
4927 101st Street
Corona, NY 11368

$ __1,418.00__          $ __1,418.00__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.14** Priority creditor's name and mailing address

Ebelin Chuquimia Murillo
2276 2nd Ave Apt. 3B
New York, NY 10035-4841

$ __1,473.00__          $ __1,473.00__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.15** Priority creditor's name and mailing address

Elida Farez Morocho
50-14 102nd Street
Corona, NY 11368

$ __1,505.00__          $ __1,505.00__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

| | Total claim | Priority amount |

**Part 1.** **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

**2._16** **Priority creditor's name and mailing address**
Elsa Mercedes Sanango
44-15 Colden Street
Queens, NY 11355

Total claim: $1,143.00
Priority amount: $1,143.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2._17** **Priority creditor's name and mailing address**
Fabiola Yagloa
32-65 107th Street
Apt 2A
East Elmhurst, NY 11369

Total claim: $1,200.00
Priority amount: $1,200.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2._18** **Priority creditor's name and mailing address**
Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

Total claim: $Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 81-4662283

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2._19** **Priority creditor's name and mailing address**
Georgina Diaz
111-53 42nd Ave #1
Corona, NY 11368

Total claim: $1,216.00
Priority amount: $1,216.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**Part 1.**  **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.20  Priority creditor's name and mailing address**

Gladys Morocho Lazo
4408 72nd Street
Apt 2
Woodside, NY 11377

Total claim: $252.00    Priority amount: $252.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.21  Priority creditor's name and mailing address**

Guadalupe Hernandez
507 W 134th Street
New York, NY 10031

Total claim: $1,169.00    Priority amount: $1,169.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.22  Priority creditor's name and mailing address**

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Total claim: $ Unknown    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 81-4662283

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.23  Priority creditor's name and mailing address**

Ivana Chang
137-20 45th Avenue Apt.4D
Queens, NY 11355

Total claim: $ 695.00    Priority amount: $ 695.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| Total claim | Priority amount |
|---|---|

**2.24** **Priority creditor's name and mailing address**

Janaya Warburton
2860 Bailey Avenue
Unit 2C
The Bronx, NY 10463

Total claim: $ Unknown       Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.25** **Priority creditor's name and mailing address**

Jenny Guaman Vijay
10227 Corona Ave
Corona, NY 11368

Total claim: $ 654.00       Priority amount: $ 654.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.26** **Priority creditor's name and mailing address**

Jody Campbell

Total claim: $ 297.00       Priority amount: $ 297.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.27** **Priority creditor's name and mailing address**

Johann Tenezaca
22-46 49th St
Astoria, NY 11105-1318

Total claim: $ 1,495.00       Priority amount: $ 1,495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 7 of 42

Debtor    Glosslab LLC
         _____    Case number (if known) _____
         Name

## Part 1.    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.28  Priority creditor's name and mailing address**
Juanita Astudillo Cordova
40-33 Gleane Street
Elmhurst, NY 11373

Total claim: $ 684.00    Priority amount: $ 684.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.29  Priority creditor's name and mailing address**
Julia Lazo
4311 104th Street Apt. 1A
Corona, NY 11368

Total claim: $ 1,562.00    Priority amount: $ 1,562.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.30  Priority creditor's name and mailing address**
Kimora Boyd

Total claim: $ 1,031.00    Priority amount: $ 1,031.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.31  Priority creditor's name and mailing address**
Kyearah Constantine
111 Jefferson Avenue
Brooklyn, NY 11216

Total claim: $ 562.00    Priority amount: $ 562.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

| Debtor | Glosslab LLC | | Case number (if known) | |
| | Name | | | |

## Part 1.    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.32** Priority creditor's name and mailing address
Lianie Perez
211 Edgecombe Avenue
New York, NY 10030

$ 648.00        $ 648.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.33** Priority creditor's name and mailing address
Libia De La Cruz Chalco
40-33 Warren st
Queens, NY 11373

$ 1,782.00        $ 1,782.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.34** Priority creditor's name and mailing address
Liliana Secaira Guaman
35-12-100th Street Apt 2R
Corona, NY 11368

$ 1,299.00        $ 1,299.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.35** Priority creditor's name and mailing address
Lourdes Chazo Pinguil
94-36 50th Avenue
2nd Floor
Elmhurst, NY 11373

$ 1,385.00        $ 1,385.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Date or dates debt was incurred**
12/09/2024

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor    Glosslab LLC
         Name

24-12399-mew    Doc 1    Filed 12/23/24    Entered 12/23/24 15:07:27    Main Document
                              Pg 24 of 80    Case number *(if known)* _____    Main Document

**Part 1.**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.** **36**  **Priority creditor's name and mailing address**
Marcia Tubon Narvay
74-25 85th Rd
Woodhaven, NY 11421-1013

$ 968.00          $ 968.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.** **37**  **Priority creditor's name and mailing address**
Margarita Grullon De Lopez
253 East 181st Street
The Bronx, NY 10457

$ 975.00          $ 975.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.** **38**  **Priority creditor's name and mailing address**
Maria Elizabeth Zambrano
59-06 58th Road
Queens, NY 11378

$ 901.00          $ 901.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.** **39**  **Priority creditor's name and mailing address**
Maria Lazo
108-13 39th Av
Flushing, NY 11368

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor    Glosslab LLC
                Name                                                    Case number (if known) _____

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.40  Priority creditor's name and mailing address**
Maria Palaguachi
108-06 32nd Avenue 3Fl
Queens, NY 11368

Total claim: $ 869.00   Priority amount: $ 869.00

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.41  Priority creditor's name and mailing address**
Maria Pastuizaca Carchi
98-10 34th Avenue
Corona, NY 11368

Total claim: $ 1,403.00   Priority amount: $ 1,403.00

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.42  Priority creditor's name and mailing address**
Maria Quizhpi
8521 79th Street Apt 1R
Woodhaven, NY 11421

Total claim: $ 1,534.00   Priority amount: $ 1,534.00

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.43  Priority creditor's name and mailing address**
Mariana Buri
37-43 88th St
3E
Jackson Heights, NY 11372

Total claim: $ 882.00   Priority amount: $ 882.00

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Glosslab LLC
        Name

Case number (if known)

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.44** Priority creditor's name and mailing address

Maryland Dept. of Assessments and Taxation
700 E. Pratt St.
Suite 2700
Baltimore, MD 21202

Total claim: $ Unknown    $

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number   81-4662283

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.45** Priority creditor's name and mailing address

Mercy Padilla
915 27th Ave #2f
Astoria, NY 11102

Total claim: $ 1,308.00    Priority amount: $ 1,308.00

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/09/2024

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.46** Priority creditor's name and mailing address

Montgomery County MD
Division of Treasury
27 Courthouse Sq. Ste 200
Rockville, MD 20850

Total claim: $ 1,253.71    $

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.47** Priority creditor's name and mailing address

NY State Dept of Taxation & Finance Bankruptcy Section
PO Box 5300
Albany, NY 12205

Total claim: $ Unknown    $

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number   814662283

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

Debtor    Glosslab LLC
                Name                                          Case number *(if known)*_____

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |

**2.48** **Priority creditor's name and mailing address**

NYC Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

Total claim: $ 2,218,317.15    Priority amount: $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.49** **Priority creditor's name and mailing address**

NYC FIRE DEPARTMENT
PO BOX 412014
Boston, MA 2241

Total claim: $ 725.55    Priority amount: $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.50** **Priority creditor's name and mailing address**

NYS Department of Labor
P.O. Box 551
Albany, NY 12201

Total claim: $ 5,129.00    Priority amount: $ 5,129.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.51** **Priority creditor's name and mailing address**

NYSIF Workers Compensation
PO Box 5519
Binghamton, NY 13902-5519

Total claim: $ Unknown    Priority amount: $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.52 Priority creditor's name and mailing address**

New Jersey Division of Taxation
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695

Total claim: $ Unknown    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 81-4662283

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.53 Priority creditor's name and mailing address**

Nieves Tenemea
37-44 99th st
2nd Floor
Corona, NY 11368

Total claim: $ 1,270.00    Priority amount: $ 1,270.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.54 Priority creditor's name and mailing address**

Norma Nivicela
215-20 110th Ave
Queens Village, NY 11429

Total claim: $ 893.00    Priority amount: $ 893.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.55 Priority creditor's name and mailing address**

Patrice White
1705 Purdy Street
Apt 2G
Bronx, NY 10462

Total claim: $ 2,692.00    Priority amount: $ 2,692.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Glosslab LLC |
|---|---|
| | Name |

Case number *(if known)* _____

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.56 Priority creditor's name and mailing address**
Rosa Aucapina
4535 W 48th St
Woodside, NY 11377

Total claim: $ 551.00
Priority amount: $ 551.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.57 Priority creditor's name and mailing address**
Rosa Buri
37-68 97th St
2C
Corona, NY 11368

Total claim: $ 1,645.00
Priority amount: $ 1,645.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.58 Priority creditor's name and mailing address**
Rosa Chazo Pinguil
94-32 50th Avenue 1fl
Elmhurst, NY 11373

Total claim: $ 2,007.00
Priority amount: $ 2,007.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.59 Priority creditor's name and mailing address**
Rosa Dorinda Zhincay

Total claim: $ 81.00
Priority amount: $ 81.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.** 60  **Priority creditor's name and mailing address**
Rosa Dutan
Queens, NY

$ 278.00    $ 278.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.** 61  **Priority creditor's name and mailing address**
Rosa Tenezaca
45-59 45thSt
Queens, NY 11377

$ 1,393.00    $ 1,393.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.** 62  **Priority creditor's name and mailing address**
Ruth Carpio
48-16 47th St 5 A
Sunnyside, NY 11377

$ 1,512.00    $ 1,512.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.** 63  **Priority creditor's name and mailing address**
Sara Yagloa
32-65 107th Street
Queens, NY 11369

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.⁶⁴ Priority creditor's name and mailing address**

Sophiya Rai
66 Chestnut Street
Lodi, NJ 7644

$ 584.00      $ 584.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁶⁵ Priority creditor's name and mailing address**

State of Connecticut Department of Revenue Services
450 Columbus Blvd.
Suite 1
Hartford, CT 06103

$ Unknown      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 81-4662283

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁶⁶ Priority creditor's name and mailing address**

Subedi Sharada
66-55 Saunders Street 1 Fl
Flushing, NY 11374

$ 623.00      $ 623.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁶⁷ Priority creditor's name and mailing address**

Takiyah Ballard
498 Greene Avenue
Apt4
Brooklyn, NY 11216

$ 510.00      $ 510.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.68 Priority creditor's name and mailing address**
Tamara Mencias
299 Schaefer Street
Brooklyn, NY 11237

$ 1,115.00      $ 1,115.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.69 Priority creditor's name and mailing address**
Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711

$ 235,206.99      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 814662283

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.70 Priority creditor's name and mailing address**
The City of New Rochelle
New Rochelle Department of Buildings
515 North Avenue
New Rochelle, NY 10801

$ 2,190.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.71 Priority creditor's name and mailing address**
Tina Lama
3520 Leverich Street B431
Jackson Heights, NY 11372

$ 1,414.00      $ 1,414.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/09/2024

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.72** **Priority creditor's name and mailing address**
Virginia Department of Tax
1957 Westmoreland Street
Richmond, VA 23230

Total claim: $ Unknown      Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 81-4662283

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.73** **Priority creditor's name and mailing address**
Westport Tax Collector
110 Myrtle Avenue
Room 109
Westport, CT 06880

Total claim: $ 37,174.45      Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.** **Priority creditor's name and mailing address**

Total claim: $ _____      Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.** **Priority creditor's name and mailing address**

Total claim: $ _____      Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

Debtor  Glosslab LLC
        Name                                                    Case number (if known)

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
23 R.P. Associates LLC
c/o Thomas R. Kleinberger, PLLC
411 Fifth Avenue, 9th Floor
New York, NY 10016

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    Judgment Liens

$ 114,893.53

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
416 Morse St NE, LLC
C/o Edens #3016
P.O. Box 53685
Atlanta, GA 30353

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    Suppliers or Vendors

$ 156.14

Date or dates debt was incurred    11/25/2023

Last 4 digits of account number    8318

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
560 Third Associates LLC
135 East 57th Street
22nd Floor
New York, NY 10022

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    Judgment Liens

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
640 Broadway Owners Subsidiary II
411 Theodore Fremd Avenue
Suite 300
Rye, NY 10580

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    Judgment Liens

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
AD.visory Solutions LLC
16 West 36th Street
Suite 501
New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    Services

$ 229.16

Date or dates debt was incurred    12/16/2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
ADP
400 Covina Blvd.
San Dimas, CA 91773

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    Suppliers or Vendors

$ 84,611.59

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

### 3.7 Nonpriority creditor's name and mailing address

Ameri-Seal
25636 Avenue Stanford
Valencia, CA 91355

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 68.76

Date or dates debt was incurred    02/22/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.8 Nonpriority creditor's name and mailing address

AP Houston Heights Marketplace, LLC
c/o Palter Sims Martinez PLLC
15443 Knoll Trail Suite 100
Dallas, TX 75248

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Judgment Liens

$ 289,882.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.9 Nonpriority creditor's name and mailing address

Armanino LLP
12657 Alcosta Blvd. Suite 500
San Ramon, CA 94583

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

$ 31,593.50

Date or dates debt was incurred    01/17/2024

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.10 Nonpriority creditor's name and mailing address

Audio Video Invasion
53 Werman Court
Plainview, NY 11803

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,038.80

Date or dates debt was incurred    09/25/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.11 Nonpriority creditor's name and mailing address

Axis Enterprise Inc
PO Box 52501
Newark, NJ 7101

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,827.92

Date or dates debt was incurred    06/29/2022

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3. 12** Nonpriority creditor's name and mailing address

Baralan
120-19 89th Avenue
New York, NY 11418

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    09/29/2022

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,632.39

---

**3. 13** Nonpriority creditor's name and mailing address

Bernard Fleischer
29 Broadway Ste 1511
New York, NY 10006

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    06/23/2023

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 794.00

---

**3. 14** Nonpriority creditor's name and mailing address

Bihner Chen Engineering LTD
2551 Katy Fort Bend Rd, Suite 100
Katy, TX 77493

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    11/23/2022

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,000.00

---

**3. 15** Nonpriority creditor's name and mailing address

BLDG Management Co Inc
417 5th Avenue
4th Floor
New York, NY 10016

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    12/28/2023

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 34,740.25

---

**3. 16** Nonpriority creditor's name and mailing address

blueswitch
29 Broadway
New York, NY 10006

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    9/11/2023

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 21,000.00

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Brandt Box & Paper Co., Inc.
6 West Crisman Road
Columbia, NJ 7832

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    07/19/2022
Last 4 digits of account number    _____

$ 7,008.42

---

**3.18** Nonpriority creditor's name and mailing address

Braneworks, LLC
11668 Claymont Circle
Windermere, FL 34786

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    11/10/2023
Last 4 digits of account number    _____

$ 73,000.00

---

**3.19** Nonpriority creditor's name and mailing address

Butwin Insurance Group
60 Cutter Mill Rd
Ste 414
Great Neck, NY 11021

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    12/28/2023
Last 4 digits of account number    _____

$ 1,500.00

---

**3.20** Nonpriority creditor's name and mailing address

Caloa Cleaning Services
9 Coeyman Street
Newark, NJ 7104

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    04/24/2023
Last 4 digits of account number    _____

$ 300.00

---

**3.21** Nonpriority creditor's name and mailing address

Capitol Design & Construction Services Inc
61 Cabot Street
West Babylon, NY 11704

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    08/28/2023
Last 4 digits of account number    _____

$ 8,185.56

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22  Nonpriority creditor's name and mailing address**

Cision Us Inc.
PO Box 842869
Boston, MA 2284

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,470.00

Date or dates debt was incurred    12/18/2023
Last 4 digits of account number    _____

---

**3.23  Nonpriority creditor's name and mailing address**

Clare Murphy-McGreevey
5018 Sherier Place Northwest
Washington, DC 20016

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 115.00

Date or dates debt was incurred    12/13/2023
Last 4 digits of account number    _____

---

**3.24  Nonpriority creditor's name and mailing address**

Comma,8 LLC
703 Pier Ave
Ste B 632
Hermosa Beach, CA 90254

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38,105.00

Date or dates debt was incurred    12/18/2023
Last 4 digits of account number    _____

---

**3.25  Nonpriority creditor's name and mailing address**

Consolidated Edison of New York, Inc.
4 Irving Place RM 1875
Att. Law Department
New York, NY 10003

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.26  Nonpriority creditor's name and mailing address**

CSC
251 Little Falls Drive
Wilmington, DE 19808

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,702.30

Date or dates debt was incurred    09/06/2023
Last 4 digits of account number    _____

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.27 Nonpriority creditor's name and mailing address**

Csi Cleaning Service Industries Inc.
1384 Broadway
Suite 408
New York, NY 10018

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**$ 2,762.85**

**Date or dates debt was incurred** 12/28/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28 Nonpriority creditor's name and mailing address**

Damian L Gallo & Associates/Permit Doctor
301 Altara Ave
Unit 531
Coral Cables, FL 33146

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

**$ 2,500.00**

**Date or dates debt was incurred** 08/21/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29 Nonpriority creditor's name and mailing address**

Day 1 Graphics LLC
191 Main Street
Port Washington, NY 11050

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 1,491.59**

**Date or dates debt was incurred** 11/13/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30 Nonpriority creditor's name and mailing address**

Diversified Fixture
DBA Vitillo & Son Inc
1930 Swarthmore Avenue
Lakewood, NJ 8701

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 45,110.52**

**Date or dates debt was incurred** 10/14/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31 Nonpriority creditor's name and mailing address**

DRM SERVICES
2555 Central Pkwy 200
Houston, TX 77092

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

**$ 583.82**

**Date or dates debt was incurred** 10/19/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32  **Nonpriority creditor's name and mailing address**

EC Framing Inc
900 Nepperhan Avenue
Yonkers, NY 10703

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 12,156.00

Date or dates debt was incurred   06/06/2023

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 33  **Nonpriority creditor's name and mailing address**

EP Engineering LLC
110 William Street
32nd Floor
New York, NY 10038

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,235.00

Date or dates debt was incurred   12/28/2023

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 34  **Nonpriority creditor's name and mailing address**

Excel Pest Services
70 Grand Avenue
Suite 109
River Edge, NJ 7661

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

$ 399.85

Date or dates debt was incurred   12/01/2023

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 35  **Nonpriority creditor's name and mailing address**

Flatiron Search Partners
244 Fifth Ave.
Suite 2470
New York, NY 10006

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 40,000.00

Date or dates debt was incurred   11/28/2023

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 36  **Nonpriority creditor's name and mailing address**

Florida State Security Inc.
3285 Sw 11 Ave. Suite 2
Fort Lauderdale, FL 33315

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

$ 6,571.25

Date or dates debt was incurred   06/21/2023

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Glosslab LLC
         Name

Case number (if known)

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** | **Nonpriority creditor's name and mailing address**

FR Darien, LLC
Federal Realty Investment Trust
909 Rose Avenue, Suite 200
Rockville, MD 20852

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 19,310.88

**Basis for the claim:** Services

Date or dates debt was incurred        12/15/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.38** | **Nonpriority creditor's name and mailing address**

Frederick William Hoag Architect LLC
57 Wilton Rd, 2nd Floor
Westport, CT 6880

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 7,809.13

**Basis for the claim:** Utility Services

Date or dates debt was incurred        10/30/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.39** | **Nonpriority creditor's name and mailing address**

Gladly Software, Inc
423 Broadway 503
Millbrae, CA 94030

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,989.07

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred        07/14/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.40** | **Nonpriority creditor's name and mailing address**

Global Facility Management & Construction INC
525 Broadhollow Road
Suite 100
Melville, NY 11747

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 19,933.36

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred        12/11/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.41** | **Nonpriority creditor's name and mailing address**

GoodEarth Distribution LLC
440 West St
Fort Lee, NJ 7024

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 10,149.49

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred        12/28/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

Debtor __Glosslab LLC_____    Case number (if known)_____
      Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.42**   **Nonpriority creditor's name and mailing address**

Granular
316 N Milwaukee Street #100
Suite 100
Milwaukee, WI 53202

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 23,700.00

Date or dates debt was incurred    12/06/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43**   **Nonpriority creditor's name and mailing address**

Greenhouse Software Inc.
228 Park Avenue S. PMB 14744
11th Floor
New York, NY 10003

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,231.84

Date or dates debt was incurred    11/21/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44**   **Nonpriority creditor's name and mailing address**

GRI Lakewood LLC
c/o First Washington Realty, Inc.
7200 Wisconsin Avenue
Bethesda, MD 20814

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Judgment Liens

$ 148,266.19

Date or dates debt was incurred    _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45**   **Nonpriority creditor's name and mailing address**

Hartford Insurance
PO Box 913385
Denver, CO 80291

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

$ 2,122.00

Date or dates debt was incurred    12/01/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46**   **Nonpriority creditor's name and mailing address**

HCI_Cerberus PCNY Owner LP
870 Seventh Avenue
New York, NY 10019

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Judgment Liens

$ 93,077.61

Date or dates debt was incurred    11/29/2024

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

Henderson Engineers, Inc.
8345 Lenexa Drive, Suite300
Lenexa, KS 66214

**As of the petition filing date, the claim is:** $28,716.12
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    10/10/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.48** Nonpriority creditor's name and mailing address

Hubspot
2 Canal Park
Cambridge, MA 02141

**As of the petition filing date, the claim is:** $13,467.00
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.49** Nonpriority creditor's name and mailing address

Industry Secret
5454 W Crenshaw St
Tampa, FL 33634

**As of the petition filing date, the claim is:** $25,931.91
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    12/01/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.50** Nonpriority creditor's name and mailing address

J King Consulting PLLC
8704 Woodbury Acre Court
Harrison, TN 37341

**As of the petition filing date, the claim is:** $12,500.00
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

Date or dates debt was incurred    01/02/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.51** Nonpriority creditor's name and mailing address

Jackson Lewis P.C.
Attn: Trust Department
1133 Westchester Ave, Suite 5125
West Harrison, NY 10604

**As of the petition filing date, the claim is:** $357.39
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

Date or dates debt was incurred    11/02/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 52  **Nonpriority creditor's name and mailing address**

Janover LLC
485 Madison Avenue
9th Floor
New York, NY 10022

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 36,800.00

**Date or dates debt was incurred** 11/14/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 53  **Nonpriority creditor's name and mailing address**

Jon Killan Lindsey
1208 Clairemont Lane
Burleson, TX 76028

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,851.25

**Date or dates debt was incurred** 10/20/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 54  **Nonpriority creditor's name and mailing address**

Kain Family Limited Partnership
1601 Connecticut Avenue NW
Suite 501
Washington, DC 20009

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Judgment Liens

$ 114,451.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 55  **Nonpriority creditor's name and mailing address**

Let There Be Neon City Inc
38 White Street
New York, NY 10013

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 337.51

**Date or dates debt was incurred** 10/13/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 56  **Nonpriority creditor's name and mailing address**

Lumary LLC
c/o PanAm Equities
18 East 50th Street
New York, NY 10022

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Judgment Liens

$ 41,835.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 57  Nonpriority creditor's name and mailing address**

Magic Exterminating
59-01 Kissena Boulevard
Flushing, NY 11355

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

Date or dates debt was incurred    02/07/2023
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 402.84

---

**3. 58  Nonpriority creditor's name and mailing address**

Mccollisters Global Services Inc.
P.O. Box 95601
Chicago, IL 60694

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    12/01/2023
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,846.00

---

**3. 59  Nonpriority creditor's name and mailing address**

Mechanical Installation Corp
3780 Merritt Ave
Bronx, NY 10466

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    12/01/2023
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,980.05

---

**3. 60  Nonpriority creditor's name and mailing address**

Miami-Dade Water and Sewer Department
PO Box 026055
Miami, FL 33102

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

Date or dates debt was incurred    10/06/2022
Last 4 digits of account number    483

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 230.50

---

**3. 61  Nonpriority creditor's name and mailing address**

Modern Space Pacific Service, Inc
611 South Palmetto Avenue
Ontario, CA 91762

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    03/28/2022
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53,359.00

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 62**   Nonpriority creditor's name and mailing address

MTCI Private Provider Services, LLC
10720 Caribbean Blvd, Suite 650
Cutler Bay, FL 33189

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

$ 4,057.50

Date or dates debt was incurred   12/01/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 63**   Nonpriority creditor's name and mailing address

Oliver Printing & Packaging Co.
1760 Enterprise Parkway
Twinsburg, OH 44087

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,582.17

Date or dates debt was incurred   10/14/2022

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 64**   Nonpriority creditor's name and mailing address

Paul M. Maintenance, Inc.
c/o Zisholtz & Zishloltz, LP
200 Garden City Plaza, Suite 408
Garden City, NY 11530

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Judgment Liens

$ 144,363.65

Date or dates debt was incurred   11/15/2024

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 65**   Nonpriority creditor's name and mailing address

PIRS Capital, LLC
1688 Meridian Ave
Ste 700
Miami Beach, FL 33139

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 63,659.05

Date or dates debt was incurred   6/11/2024

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 66**   Nonpriority creditor's name and mailing address

Product Integrity Laboratory Llc
PO Box 937
Marshalls Creek, PA 18335

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,075.00

Date or dates debt was incurred   10/21/2022

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Glosslab LLC
         Name                                         Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 67    Nonpriority creditor's name and mailing address**

PXYData
1618 11th Street
Unit 202
Washington, DC 20001

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 11,500.00

**Date or dates debt was incurred**    08/20/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3. 68    Nonpriority creditor's name and mailing address**

Queenwood 34 LLC
c/o Crown Properties, Inc.
15 Watts Street 5th Floor
New York, NY 10013

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3. 69    Nonpriority creditor's name and mailing address**

Quiet Logistics Inc.
64 Jackson Road
Devens, MA 1434

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,480.56

**Date or dates debt was incurred**    12/28/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3. 70    Nonpriority creditor's name and mailing address**

R Glass LLC
27 West 20th St.
New York, NY 10011

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 401,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3. 71    Nonpriority creditor's name and mailing address**

Rachel Apfel Glass
27 West 20th Street
New York, NY 10011

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 63,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 72    **Nonpriority creditor's name and mailing address**

Rapid Finance aka Small Business Financial
Solutions, LLC
4500 East West Highway
6th Floor
Bethesda, MD 20814

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 140,000.00

Date or dates debt was incurred    1/31/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 73    **Nonpriority creditor's name and mailing address**

Rapid Permit Service Inc.
7711 Garrison Road
Suite 200
Landover Hills, MD 20784

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

$ 1,500.00

Date or dates debt was incurred    12/06/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 74    **Nonpriority creditor's name and mailing address**

RC Data Science Consulting LLC
351 West 53rd Street
4W
New York, NY 10019

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 14,333.75

Date or dates debt was incurred    9/20/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 75    **Nonpriority creditor's name and mailing address**

Rock Build Consultants Llc
231 Main St
Eastchester, NY 10709

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

$ 580.00

Date or dates debt was incurred    09/25/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 76    **Nonpriority creditor's name and mailing address**

RPJ, Inc.
7432 Southwest 48th Street
Miami, FL 33155

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,000.00

Date or dates debt was incurred    10/25/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Glosslab LLC_____    Case number (if known) _____
           Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **77**    **Nonpriority creditor's name and mailing address**

RV Main Campus Revenue
PO Box 734453
Dallas, TX 75391

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 77,149.39

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**    11/27/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **78**    **Nonpriority creditor's name and mailing address**

SHG Montvale MB IR, LLC
c/o The S. Hekemian Group
10 Sterline Blvd. Ste 401
Englewood, NJ 07631

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 320,965.07

**Basis for the claim:** Judgment Liens

**Date or dates debt was incurred**    7/12/2024

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **79**    **Nonpriority creditor's name and mailing address**

Shopify
131 Greene Street
New York, NY 10012

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 12,000.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **80**    **Nonpriority creditor's name and mailing address**

Sign Metro
9224 Monsey Drive
Houston, TX 77063

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 5,645.13

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**    09/12/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **81**    **Nonpriority creditor's name and mailing address**

Sign Planet & Graphix Inc
5 Wildwood Gardens A1
Port Washington, NY 11050

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,197.63

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**    08/29/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 82  **Nonpriority creditor's name and mailing address**

Sisun Law
79 Madison Ave
Floor 2
New York, NY 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 4,097.31

**Basis for the claim:** Services

Date or dates debt was incurred    12/15/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.** 83  **Nonpriority creditor's name and mailing address**

SM 84th TIC LLC
108 Delaney Street
4th Floor
New York, NY 10002

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Unknown

**Basis for the claim:** Judgment Liens

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.** 84  **Nonpriority creditor's name and mailing address**

Staples - Commercial
PO Box 70242
Philadelphia, PA 19176

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 10,352.25

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    11/07/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    2635

---

**3.** 85  **Nonpriority creditor's name and mailing address**

Starr Associates LLP
220 East 42 Street
Suite 3302
New York, NY 10017

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 5,000.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    5/9/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.** 86  **Nonpriority creditor's name and mailing address**

Stephen Hessen Company of Florida, LLC
7380 Red Road
South Miami, FL 33143

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 8,841.27

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    09/22/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

Street Retail, LLP
c/o Miles & Stockbridge, P.C.
11 N. Washington St. Suite 700
Rockville, MD 20850

**As of the petition filing date, the claim is:** $57,883.21
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Judgment Liens

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address

Sy Engineering Pllc
42-14 Bell Blvd. 2nd Floor
Bayside, NY 11361

**As of the petition filing date, the claim is:** $4,000.00
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 07/13/2022

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address

TD Ameritrade
c/o Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017

**As of the petition filing date, the claim is:** $103,101.53
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Judgment Liens

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address

Texaccess Services
161 Coreopsis Cove
Kyle, TX 78640

**As of the petition filing date, the claim is:** $1,526.25
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

**Date or dates debt was incurred** 08/11/2022

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address

The Okeefe Group Llc
P.O. Box 1240
Attleboro, MA 2703

**As of the petition filing date, the claim is:** $1,922.20
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 12/28/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 92** Nonpriority creditor's name and mailing address

TRC Image Solutions LLC
3378 Curtis drive, #102
PO Box 642
Suitland, MD 20746

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,000.00

Date or dates debt was incurred    10/30/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3. 93** Nonpriority creditor's name and mailing address

Tyko Sign Group
5002 Venice Boulevard
Los Angeles, CA 90019

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 55,429.51

Date or dates debt was incurred    11/03/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3. 94** Nonpriority creditor's name and mailing address

U.S. Small Business Administration
26 Federal Plaza, Room 3100
District Counsel, New York District Office
New York, NY 10278

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 150,000.00

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    9166287902

---

**3. 95** Nonpriority creditor's name and mailing address

United Vanlines Llc
22304 Network Place
Chicago, IL 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 21,313.15

Date or dates debt was incurred    11/07/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3. 96** Nonpriority creditor's name and mailing address

Unused Gift Card Holders

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Unused Gift Cards

$ Unknown

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

Debtor     24-12399-mew    Doc 1    Filed 12/23/24    Entered 12/23/24 15:07:27    Main Document
Glosslab LLC
     Name                           Pg 53 of 80        Case number *(if known)*

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.97**   **Nonpriority creditor's name and mailing address**

VB Cosmetics Inc
6511 West Frye Road
Ste 7
Chandler, AZ 85226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 16,131.71

**Date or dates debt was incurred**    11/21/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98**   **Nonpriority creditor's name and mailing address**

Vortech Mechanical Corp.
2140 Pond Road
unit 5
Ronkonkoma, NY 11779

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 381.06

**Date or dates debt was incurred**    10/18/2022

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.99**   **Nonpriority creditor's name and mailing address**

Wood Plan Inc
28-31 119th Street
Flushing, NY 11354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 78,743.30

**Date or dates debt was incurred**    05/08/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.100**   **Nonpriority creditor's name and mailing address**

World Hub Construction Inc.
45-65 166th Street
flushing, NY 11358

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,258.63

**Date or dates debt was incurred**    09/26/2022

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.101**   **Nonpriority creditor's name and mailing address**

Yext Inc.
61 9th Avenue
New York, NY 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,062.65

**Date or dates debt was incurred**    10/4/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 102  **Nonpriority creditor's name and mailing address**

Zenoti
15395 Southeast 30th Place
Ste 100
Bellevue, WA 98007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,519.66

| Date or dates debt was incurred | 12/06/2023 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☑ No  ☐ Yes |

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

| Date or dates debt was incurred | | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☐ No  ☐ Yes |

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

| Date or dates debt was incurred | | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☐ No  ☐ Yes |

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

| Date or dates debt was incurred | | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☐ No  ☐ Yes |

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

| Date or dates debt was incurred | | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | | ☐ No  ☐ Yes |

Debtor _____Glosslab LLC_____          Case number (if known)_____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Corpus Christi Field Office<br>500 N Shoreline Blvd<br>Suite 1000 Attn Roberto Valdez JR.<br>Corpus Christi, TX 78401 | Line 2.69<br>☐ Not listed. Explain: | 1900 |
| 4.2. | Foster & Wolkind, P.C.<br>80 Fifth Avenue<br>Suite 1401<br>New York, NY, 10011 | Line 3.65<br>☐ Not listed. Explain | _____ |
| 4.3. | FR Darien, LLC<br>c/o Murtha Cullina, LLP<br>280 Trumbull Street<br>Hartford, CT, 06103 | Line 3.37<br>☐ Not listed. Explain | _____ |
| 4.4. | Housing Session<br>17 Belden Avenue<br>Norwalk, CT, 06850 | Line 3.37<br>☐ Not listed. Explain | _____ |
| 4.1. | NYC Dept. of Finance<br>PO Box 2307<br>New York, NY 10272 | Line 2.48<br>☐ Not listed. Explain | _____ |
| 4.5. | Rosenberg & Pittinsky, LLP<br>232 Madison Avenue<br>Suite 906<br>New York, NY, 10016 | Line 3.83<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 2,556,715.83 |
| 5b. **Total claims from Part 2** | 5b. + | $ 3,342,974.02 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,899,689.85 |

**Fill in this information to identify the case:**

Debtor name ___Glosslab LLC___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____    Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Glosslab LLC___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.** |

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Glosslab Wisconsin Avenue LLC | 27 West 20th Street New York, NY 10011 | District of Columbia Office | ☐ D ☑ E/F ☐ G |
| 2.2 GLOSSLAB 1601 CC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.3 GLOSSLAB UNION I | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.4 GLOSSLAB RICE VII | 27 West 20th Street New York, NY 10011 | Texas Comptroller of Publ | ☐ D ☑ E/F ☐ G |
| 2.5 GLOSSLAB PARK W | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.6 GLOSSLAB HOUST( | 27 West 20th Street New York, NY 10011 | Texas Comptroller of Publ | ☐ D ☑ E/F ☐ G |

Debtor    Glosslab LLC                                                   Case number *(if known)*_____
         Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 Glosslab Preston Royal Village East LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D  ☑ E/F  ☐ G |
| 2.8 GLOSSLAB GIO MIDTOWN LLC | 27 West 20th Street New York, NY 10011 | Florida Department of Revenue | ☐ D  ☑ E/F  ☐ G |
| 2.9 GLOSSLAB 500 FEDERAL LLC | 27 West 20th Street New York, NY 10011 | Florida Department of Revenue | ☐ D  ☑ E/F  ☐ G |
| 2.10 GLOSSLAB LAKEWOOD LLC | 27 West 20th Street New York, NY 10011 | Texas Comptroller of Public Accounts | ☐ D  ☑ E/F  ☐ G |
| 2.11 GLOSSLAB PARK WEST LLC | 27 West 20th Street New York, NY 10011 | Texas Comptroller of Public Accounts | ☐ D  ☑ E/F  ☐ G |
| 2.12 Glosslab Preston Royal Village East LLC | 27 West 20th Street New York, NY 10011 | Texas Comptroller of Public Accounts | ☐ D  ☑ E/F  ☐ G |
| 2.13 GLOSSLAB HOUSTON HEIGHTS LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D  ☑ E/F  ☐ G |
| 2.14 GLOSSLAB 33 ELM STREET LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D  ☑ E/F  ☐ G |

| Debtor | Glosslab LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 GLOSSLAB 1601 CONN AVE | 27 West 20th Street New York, NY 10011 | District of Columbia Office of Tax and Revenue | ❑ D ☑ E/F ❑ G |
| 2.16 GLOSSLAB GIO MIDTOWN LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ❑ D ☑ E/F ❑ G |
| 2.17 GLOSSLAB LOVERS LANE LLC | 27 West 20th Street New York, NY 10011 | Texas Comptroller of Public Accounts | ❑ D ☑ E/F ❑ G |
| 2.18 GLOSSLAB RIVER OAKS LLC | 27 West 20th Street New York, NY 10011 | Texas Comptroller of Public Accounts | ❑ D ☑ E/F ❑ G |
| 2.19 GLOSSLAB RIVER OAKS LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ❑ D ☑ E/F ❑ G |
| 2.20 GLOSSLAB VILLAGE AT TOWN CENTER LLC | 27 West 20th Street New York, NY 10011 | Texas Comptroller of Public Accounts | ❑ D ☑ E/F ❑ G |
| 2.21 GLOSSLAB LAKEWOOD LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ❑ D ☑ E/F ❑ G |
| 2.22 GLOSSLAB VILLAGE AT TOWN CENTER LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ❑ D ☑ E/F ❑ G |

| Debtor | Glosslab LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 GLOSSLAB 33 ELM STREET LLC | 27 West 20th Street New York, NY 10011 | State of Connecticut Department of Revenue Services | ☐ D ☑ E/F ☐ G |
| 2.24 GLOSSLAB LOVERS LANE LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.25 GLOSSLAB UNION MARKET LLC | 27 West 20th Street New York, NY 10011 | District of Columbia Office of Tax and Revenue | ☐ D ☑ E/F ☐ G |
| 2.26 GLOSSLAB RICE VILLAGE LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.27 GLOSSLAB ESPLANADE AVENTURA LLC | 27 West 20th Street New York, NY 10011 | Florida Department of Revenue | ☐ D ☑ E/F ☐ G |
| 2.28 GLOSSLAB BETHESDA ROW LLC | 27 West 20th Street New York, NY 10011 | Maryland Dept. of Assessments and Taxation | ☐ D ☑ E/F ☐ G |
| 2.29 GLOSSLAB DARIEN COMMONS LLC | 27 West 20th Street New York, NY 10011 | State of Connecticut Department of Revenue Services | ☐ D ☑ E/F ☐ G |
| 2.30 GLOSSLAB BISCAYNE BOULEVARD LLC | 27 West 20th Street New York, NY 10011 | Florida Department of Revenue | ☐ D ☑ E/F ☐ G |

Debtor    Glosslab LLC
          _____    Case number *(if known)*_____
          Name

| | |
|---|---|
| ▆ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.31 GLOSSLAB BETHESDA ROW LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D  ☑ E/F  ☐ G |
| 2.32 GLOSSLAB DARIEN COMMONS LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D  ☑ E/F  ☐ G |
| 2.33 GLOSSLAB CONNECTICUT AVENUE LLC | 27 West 20th Street New York, NY 10011 | District of Columbia Office of Tax and Revenue | ☐ D  ☑ E/F  ☐ G |
| 2.34 GLOSSLAB CONNECTICUT AVENUE LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D  ☑ E/F  ☐ G |
| 2.35 GLOSSLAB ESPLANADE AVENTURA LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D  ☑ E/F  ☐ G |
| 2.36 Glosslab Wisconsin Avenue LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D  ☑ E/F  ☐ G |
| 2.37 GLOSSLAB CABIN LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D  ☑ E/F  ☐ G |
| 2.38 GLOSSLAB GIRALDA PLACE LLC | 27 West 20th Street New York, NY 10011 | Florida Department of Revenue | ☐ D  ☑ E/F  ☐ G |

| Debtor | Glosslab LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.39 | GLOSSLAB 500 FEDERAL LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ❏ D ☑ E/F ❏ G |
| 2.40 | GLOSSLAB GIRALDA PLACE LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ❏ D ☑ E/F ❏ G |
| 2.41 | GLOSSLAB BISCAYNE BOULEVARD LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ❏ D ☑ E/F ❏ G |
| 2.42 | GLOSSLAB CABIN LLC | 27 West 20th Street New York, NY 10011 | Maryland Dept. of Assessments and Taxation | ❏ D ☑ E/F ❏ G |
| 2.43 | GLOSSLAB 33 ELM STREET LLC | 27 West 20th Street New York, NY 10011 | Westport Tax Collector | ❏ D ☑ E/F ❏ G |
| 2.44 | Glosslab 127 Fourth Avenue LLC | 27 West 20th Street New York, NY 10011 | NYC Department of Finance | ❏ D ☑ E/F ❏ G |
| 2.45 | Glosslab 1165 Broadway LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ❏ D ☑ E/F ❏ G |
| 2.46 | Glosslab 180 West Broadway LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ❏ D ☑ E/F ❏ G |

Debtor    Glosslab LLC
          _____        Case number (if known) _____
          Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.47 Glosslab 870 Seventh Avenue | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.48 Glosslab Closter Market Place LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.49 Glosslab Montvale LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.50 Glosslab Palmer Center LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.51 Glosslab Roslyn LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.52 Glosslab-Greenwich Avenue LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.53 Glosslab-Noho LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.54 Glosslab Closter Market Place LLC | 27 West 20th Street New York, NY 10011 | New Jersey Division of Taxation | ☐ D ☑ E/F ☐ G |

Debtor ___Glosslab LLC_____     Case number _(if known)_____
          Name

▌ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.<u>55</u> Glosslab 1165 Broadway LLC | 27 West 20th Street New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ❏ D ☑ E/F ❏ G |
| 2.<u>56</u> Glosslab 401 Third Avenue LLC | 27 West 20th Street New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ❏ D ☑ E/F ❏ G |
| 2.<u>57</u> Glosslab 640 Broadway LLC | 27 West 20th Street New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ❏ D ☑ E/F ❏ G |
| 2.<u>58</u> Glosslab Roslyn LLC | 27 West 20th Street New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ❏ D ☑ E/F ❏ G |
| 2.<u>59</u> Glosslab 207 84th Street LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ❏ D ☑ E/F ❏ G |
| 2.<u>60</u> Glosslab 401 Third Avenue LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ❏ D ☑ E/F ❏ G |
| 2.<u>61</u> Glosslab 640 Broadway LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ❏ D ☑ E/F ❏ G |
| 2.<u>62</u> Glosslab Hoboken LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ❏ D ☑ E/F ❏ G |

| Debtor | Glosslab LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**63** Glosslab IP LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.**64** Glosslab West 23rd Street LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.**65** Glosslab-Flatiron LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |
| 2.**66** Glosslab Hoboken LLC | 27 West 20th Street New York, NY 10011 | New Jersey Division of Taxation | ☐ D ☑ E/F ☐ G |
| 2.**67** Glosslab Montvale LLC | 27 West 20th Street New York, NY 10011 | New Jersey Division of Taxation | ☐ D ☑ E/F ☐ G |
| 2.**68** Glosslab 127 Fourth Avenue | 27 West 20th Street New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ☐ D ☑ E/F ☐ G |
| 2.**69** Glosslab 180 West Broadway LLC | 27 West 20th Street New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ☐ D ☑ E/F ☐ G |
| 2.**70** Glosslab 127 Fourth Avenue LLC | 27 West 20th Street New York, NY 10011 | Internal Revenue Service | ☐ D ☑ E/F ☐ G |

| Debtor | Glosslab LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.71 Glosslab 870 Seventh Avenue | 27 West 20th Street New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ☐ D ☑ E/F ☐ G |
| 2.72 Glosslab Palmer Center LLC | 27 West 20th Street New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ☐ D ☑ E/F ☐ G |
| 2.73 Glosslab West 23rd Street LLC | 27 West 20th Street New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ☐ D ☑ E/F ☐ G |
| 2.74 Glosslab-Flatiron LLC | 27 West 20th Street New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ☐ D ☑ E/F ☐ G |
| 2.75 Glosslab-Noho LLC | 27 West 20th Street New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ☐ D ☑ E/F ☐ G |
| 2.76 Glosslab-Flatiron LLC | 27 West 20th Street New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ☐ D ☑ E/F ☐ G |
| 2.77 Glosslab 180 West Broadway LLC | 27 West 20th Street New York, NY 10011 | NYC Department of Finance | ☐ D ☑ E/F ☐ G |
| 2.78 Glosslab 401 Third Avenue LLC | 27 West 20th Street New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ☐ D ☑ E/F ☐ G |

Debtor    <u>Glosslab LLC</u>                  Case number *(if known)* _____
         Name

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.<u>79</u> Glosslab IP LLC | 27 West 20th Street<br>New York, NY 10011 | NY State Dept of Taxation & Finance Bankruptcy Section | ❑ D<br>☑ E/F<br>❑ G |
| 2.<u>80</u> Glosslab 640 Broadway LLC | 27 West 20th Street<br>New York, NY 10011 | NYC Department of Finance | ❑ D<br>☑ E/F<br>❑ G |
| 2.<u>81</u> Glosslab West 23rd Street LLC | 27 West 20th Street<br>New York, NY 10011 | NYC Department of Finance | ❑ D<br>☑ E/F<br>❑ G |
| 2.<u>82</u> Glosslab 1165 Broadway LLC | 27 West 20th Street<br>New York, NY 10011 | NYC Department of Finance | ❑ D<br>☑ E/F<br>❑ G |
| 2.<u>83</u> Glosslab 401 Third Avenue LLC | 27 West 20th Street<br>New York, NY 10011 | NYC Department of Finance | ❑ D<br>☑ E/F<br>❑ G |
| 2.<u>84</u> Glosslab 870 Seventh Avenue | 27 West 20th Street<br>New York, NY 10011 | NYC Department of Finance | ❑ D<br>☑ E/F<br>❑ G |
| 2.<u>85</u> Glosslab-Greenwich Avenue LLC | 27 West 20th Street<br>New York, NY 10011 | NYC Department of Finance | ❑ D<br>☑ E/F<br>❑ G |
| 2.<u>86</u> Glosslab-Noho LLC | 27 West 20th Street<br>New York, NY 10011 | NYC Department of Finance | ❑ D<br>☑ E/F<br>❑ G |

Debtor    Glosslab LLC
_____
Name

Case number (if known)_____

| | | | |
|---|---|---|---|

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.87 Glosslab IP LLC | 27 West 20th Street New York, NY 10011 | NYC Department of Finance | ☐ D ☑ E/F ☐ G |
| 2.88 Glosslab-Flatiron LLC | 27 West 20th Street New York, NY 10011 | NYC Department of Finance | ☐ D ☑ E/F ☐ G |
| 2.89 Glosslab 207 84th Street | 27 West 20th Street New York, NY 10011 | NYC Department of Finance | ☐ D ☑ E/F ☐ G |
| 2.90 GLOSSLAB DARIEN COMMONS LLC | 27 West 20th Street New York, NY 10011 | FR Darien, LLC | ☐ D ☑ E/F ☐ G |
| 2.91 GLOSSLAB CONNECTICUT AVENUE LLC | 27 West 20th Street New York, NY 10011 | Kain Family Limited Partnership | ☐ D ☑ E/F ☐ G |
| 2.92 GLOSSLAB BETHESDA ROW LLC | 27 West 20th Street New York, NY 10011 | Montgomery County MD | ☐ D ☑ E/F ☐ G |
| 2.93 GLOSSLAB BETHESDA ROW LLC | 27 West 20th Street New York, NY 10011 | Street Retail, LLP | ☐ D ☑ E/F ☐ G |
| 2.94 Rachel Apfel Glass | 27 West 20th Street New York, NY 10011 | 23 R.P. Associates LLC | ☐ D ☑ E/F ☐ G |

| Debtor | Glosslab LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.95 Glosslab-Flatiron LLC | 27 West 20th Street New York, NY 10011 | VD Brand Holdings, Inc. | ☑ D ☐ E/F ☐ G |
| 2.96 Glosslab IP LLC | 27 West 20th Street New York, NY 10011 | VD Brand Holdings, Inc. | ☑ D ☐ E/F ☐ G |
| 2.97 Glosslab 180 West Broadway LLC | 27 West 20th Street New York, NY 10011 | VD Brand Holdings, Inc. | ☑ D ☐ E/F ☐ G |
| 2.98 Glosslab Closter Market Place LLC | 27 West 20th Street New York, NY 10011 | Paul M. Maintenance, Inc. | ☐ D ☑ E/F ☐ G |
| 2.99 Glosslab Palmer Center LLC | 27 West 20th Street New York, NY 10011 | Paul M. Maintenance, Inc. | ☐ D ☑ E/F ☐ G |
| 2.100 Glosslab Roslyn LLC | 27 West 20th Street New York, NY 10011 | Paul M. Maintenance, Inc. | ☐ D ☑ E/F ☐ G |
| 2.101 Glosslab 640 Broadway LLC | 27 West 20th Street New York, NY 10011 | 640 Broadway Owners Subsidiary II | ☐ D ☑ E/F ☐ G |
| 2.102 Glosslab 127 Fourth Avenue | 27 West 20th Street New York, NY 10011 | Lumary LLC | ☐ D ☑ E/F ☐ G |

| Debtor | Glosslab LLC | | Case number *(if known)* | |
|--------|--------------|--|--------------------------|--|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.10 Glosslab 180 West Broadway LLC | 27 West 20th Street New York, NY 10011 | Queenwood 34 LLC | ☐ D  ☑ E/F  ☐ G |
| 2.10 Glosslab West 23rd Street LLC | 27 West 20th Street New York, NY 10011 | TD Ameritrade | ☐ D  ☑ E/F  ☐ G |
| 2.10 Glosslab 207 84th Street | 27 West 20th Street New York, NY 10011 | SM 84th TIC LLC | ☐ D  ☑ E/F  ☐ G |
| 2.10 Glosslab 401 Third Avenue LLC | 27 West 20th Street New York, NY 10011 | 560 Third Associates LLC | ☐ D  ☑ E/F  ☐ G |
| 2.10 GLOSSLAB LAKEWOOD LLC | 27 West 20th Street New York, NY 10011 | GRI Lakewood LLC | ☐ D  ☑ E/F  ☐ G |
| 2.10 GLOSSLAB HOUSTON HEIGHTS LLC | 27 West 20th Street New York, NY 10011 | AP Houston Heights Marketplace, LLC | ☐ D  ☑ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |

United States Bankruptcy Court

Southern District of New York

In re:  Glosslab LLC                                  Case No.

                                                     Chapter    11

                        Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    _____12/23/2024_____          /s/ Rachel Apfel Glass
                                           _____
                                           Signature of Individual signing on behalf of debtor

                                           CEO
                                           _____
                                           Position or relationship to debtor

23 R.P. Associates LLC
c/o Thomas R. Kleinberger, PLLC
411 Fifth Avenue, 9th Floor
New York, NY 10016

416 Morse St NE, LLC
C/o Edens #3016
P.O. Box 53685
Atlanta, GA 30353

560 Third Associates LLC
135 East 57th Street
22nd Floor
New York, NY 10022

640 Broadway Owners Subsidiary
411 Theodore Fremd Avenue
Suite 300
Rye, NY 10580

640 Broadway Owners Subsidiary II
411 Theodore Fremd Avenue
Suite 300
Rye, NY 10580

AD.visory Solutions LLC
16 West 36th Street
Suite 501
New York, NY 10018

ADP
400 Covina Blvd.
San Dimas, CA 91773

Alexandra Buri
37-43 88th St
4B
Jackson Heights, NY 11372

Alicia Saldana
1925 Glenwood Rd Apt 3C
Brooklyn, NY 11230

Ameri-Seal
25636 Avenue Stanford
Valencia, CA 91355

Anjana Jugjali
4162 70th St
Woodside, NY 11377

AP Houston Heights Marketplace, LLC
c/o Palter Sims Martinez PLLC
15443 Knoll Trail Suite 100
Dallas, TX 75248

Araceli Leon Perez
42-65 80th Street apt 3G
Queens, NY 11373

Armanino LLP
12657 Alcosta Blvd. Suite 500
San Ramon, CA 94583

Audio Video Invasion
53 Werman Court
Plainview, NY 11803

Axis Enterprise Inc
PO Box 52501
Newark, NJ 7101

Baralan
120-19 89th Avenue
New York, NY 11418

Bernard Fleischer
29 Broadway Ste 1511
New York, NY 10006

Bihner Chen Engineering LTD
2551 Katy Fort Bend Rd, Suite 100
Katy, TX 77493

Blanca Palaguachi Paguay
94-15 52nd Avenue
Elmhurst, NY 11373

BLDG Management Co Inc
417 5th Avenue
4th Floor
New York, NY 10016

blueswitch
29 Broadway
New York, NY 10006

Brandt Box & Paper Co., Inc.
6 West Crisman Road
Columbia, NJ 7832

Braneworks, LLC
11668 Claymont Circle
Windermere, FL 34786

Butwin Insurance Group
60 Cutter Mill Rd
Ste 414
Great Neck, NY 11021

Caloa Cleaning Services
9 Coeyman Street
Newark, NJ 7104

Capitol Design & Construction Services Inc
61 Cabot Street
West Babylon, NY 11704

Carmen Tamay
102-24 45th Avenue
Apt 2nd Floor
Queens, NY 11368

Cision Us Inc.
PO Box 842869
Boston, MA 2284

Clare Murphy-McGreevey
5018 Sherier Place Northwest
Washington, DC 20016

Comma,8 LLC
703 Pier Ave
Ste B 632
Hermosa Beach, CA 90254

Connecticut Department Of Labor
Deliquent Accounts
200 Folly Brook Boulevard
Wethersfield, CT 06109

Consolidated Edison of New York, Inc.
4 Irving Place RM 1875
Att. Law Department
New York, NY 10003

Coral Ramos
92-16 Whitney Ave
Queens, NY 11373

Corpus Christi Field Office
500 N Shoreline Blvd
Suite 1000 Attn Roberto Valdez JR.
Corpus Christi, TX 78401

CSC
251 Little Falls Drive
Wilmington, DE 19808

Csi Cleaning Service Industries Inc.
1384 Broadway
Suite 408
New York, NY 10018

Damian L Gallo & Associates/Permit Doctor
301 Altara Ave
Unit 531
Coral Cables, FL 33146

Day 1 Graphics LLC
191 Main Street
Port Washington, NY 11050

Diana De La Cruz Toalombo
99-07 37 Ave Apt 3R
Corona, NY 11368

Diana Guaman Pinguil
37-67 100Th St Apt 2F
Corona, NY 11368

District of Columbia Office of Tax and Revenu
1101 4th Street, SW
Suite 270 West
Washington, DC 20024

Diversified Fixture
DBA Vitillo & Son Inc
1930 Swarthmore Avenue
Lakewood, NJ 8701

Doris Juncal Zhagnay
4927 101st Street
Corona, NY 11368

DRM SERVICES
2555 Central Pkwy 200
Houston, TX 77092

Ebelin Chuquimia Murillo
2276 2nd Ave Apt. 3B
New York, NY 10035-4841

EC Framing Inc
900 Nepperhan Avenue
Yonkers, NY 10703

Elida Farez Morocho
50-14 102nd Street
Corona, NY 11368

Elsa Mercedes Sanango
44-15 Colden Street
Queens, NY 11355

EP Engineering LLC
110 William Street
32nd Floor
New York, NY 10038

Excel Pest Services
70 Grand Avenue
Suite 109
River Edge, NJ 7661

Fabiola Yagloa
32-65 107th Street
Apt 2A
East Elmhurst, NY 11369

Flatiron Search Partners
244 Fifth Ave.
Suite 2470
New York, NY 10006

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

Florida State Security Inc.
3285 Sw 11 Ave. Suite 2
Fort Lauderdale, FL 33315

Foster & Wolkind, P.C.
80 Fifth Avenue
Suite 1401
New York, NY 10011

FR Darien, LLC
Federal Realty Investment Trust
909 Rose Avenue, Suite 200
Rockville, MD 20852

FR Darien, LLC
c/o Murtha Cullina, LLP
280 Trumbull Street
Hartford, CT 06103

Frederick William Hoag Architect LLC
57 Wilton Rd, 2nd Floor
Westport, CT 6880

Georgina Diaz
111-53 42nd Ave #1
Corona, NY 11368

Gladly Software, Inc
423 Broadway 503
Millbrae, CA 94030

Gladys Morocho Lazo
4408 72nd Street
Apt 2
Woodside, NY 11377

Global Facility Management & Construction INC
525 Broadhollow Road
Suite 100
Melville, NY 11747

GoodEarth Distribution LLC
440 West St
Fort Lee, NJ 7024

Granular
316 N Milwaukee Street #100
Suite 100
Milwaukee, WI 53202

Greenhouse Software Inc.
228 Park Avenue S. PMB 14744
11th Floor
New York, NY 10003

GRI Lakewood LLC
c/o First Washington Realty, Inc.
7200 Wisconsin Avenue
Bethesda, MD 20814

Guadalupe Hernandez
507 W 134th Street
New York, NY 10031

Hartford Insurance
PO Box 913385
Denver, CO 80291

HCI_Cerberus PCNY Owner LP
870 Seventh Avenue
New York, NY 10019

Henderson Engineers, Inc.
8345 Lenexa Drive, Suite300
Lenexa, KS 66214

Housing Session
17 Belden Avenue
Norwalk, CT 06850

Hubspot
2 Canal Park
Cambridge, MA 02141

Industry Secret
5454 W Crenshaw St
Tampa, FL 33634

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Ivana Chang
137-20 45th Avenue Apt.4D
Queens, NY 11355

J King Consulting PLLC
8704 Woodbury Acre Court
Harrison, TN 37341

Jackson Lewis P.C.
Attn: Trust Department
1133 Westchester Ave, Suite 5125
West Harrison, NY 10604

Janaya Warburton
2860 Bailey Avenue
Unit 2C
The Bronx, NY 10463

Janover LLC
485 Madison Avenue
9th Floor
New York, NY 10022

Jenny Guaman Vijay
10227 Corona Ave
Corona, NY 11368

Jody Campbell

Johann Tenezaca
22-46 49th St
Astoria, NY 11105-1318

Jon Killan Lindsey
1208 Clairemont Lane
Burleson, TX 76028

Juanita Astudillo Cordova
40-33 Gleane Street
Elmhurst, NY 11373

Julia Lazo
4311 104th Street Apt. 1A
Corona, NY 11368

Kain Family Limited Partnership
1601 Connecticut Avenue NW
Suite 501
Washington, DC 20009

Kyearah Constantine
111 Jefferson Avenue
Brooklyn, NY 11216

Let There Be Neon City Inc
38 White Street
New York, NY 10013

Lianie Perez
211 Edgecombe Avenue
New York, NY 10030

Libia De La Cruz Chalco
40-33 Warren st
Queens, NY 11373

Liliana Secaira Guaman
35-12-100th Street Apt 2R
Corona, NY 11368

Lourdes Chazo Pinguil
94-36 50th Avenue
2nd Floor
Elmhurst, NY 11373

Lumary LLC
c/o PanAm Equities
18 East 50th Street
New York, NY 10022

Magic Exterminating
59-01 Kissena Boulevard
Flushing, NY 11355

Marcia Tubon Narvay
74-25 85th Rd
Woodhaven, NY 11421-1013

Margarita Grullon De Lopez
253 East 181st Street
The Bronx, NY 10457

Maria Elizabeth Zambrano
59-06 58th Road
Queens, NY 11378

Maria Lazo
108-13 39th Av
Flushing, NY 11368

Maria Palaguachi
108-06 32nd Avenue 3Fl
Queens, NY 11368

Maria Pastuizaca Carchi
98-10 34th Avenue
Corona, NY 11368

Maria Quizhpi
8521 79th Street Apt 1R
Woodhaven, NY 11421

Mariana Buri
37-43 88th St
3E
Jackson Heights, NY 11372

Maryland Dept. of Assessments and Taxation
700 E. Pratt St.
Suite 2700
Baltimore, MD 21202

Mccollisters Global Services Inc.
P.O. Box 95601
Chicago, IL 60694

Mechanical Installation Corp
3780 Merritt Ave
Bronx, NY 10466

Mercy Padilla
915 27th Ave #2f
Astoria, NY 11102

Miami-Dade Water and Sewer Department
PO Box 026055
Miami, FL 33102

Modern Space Pacific Service, Inc
611 South Palmetto Avenue
Ontario, CA 91762

Montgomery County MD
Division of Treasury
27 Courthouse Sq, Ste 200
Rockville, MD 20850

MTCI Private Provider Services, LLC
10720 Caribbean Blvd, Suite 650
Cutler Bay, FL 33189

New Jersey Division of Taxation
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695

Nieves Tenemea
37-44 99th st
2nd Floor
Corona, NY 11368

Norma Nivicela
215-20 110th Ave
Queens Village, NY 11429

NY State Dept of Taxation & Finance Bankruptc
PO Box 5300
Albany, NY 12205

NYC Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

NYC Dept. of Finance
PO Box 2307
New York, NY 10272

NYC FIRE DEPARTMENT
PO BOX 412014
Boston, MA 2241

NYS Department of Labor
P.O. Box 551
Albany, NY 12201

NYSIF Workers Compensation
PO Box 5519
Binghamton, NY 13902-5519

Oliver Printing & Packaging Co.
1760 Enterprise Parkway
Twinsburg, OH 44087

Patrice White
1705 Purdy Street
Apt 2G
Bronx, NY 10462

Paul M. Maintenance, Inc.
c/o Zisholtz & Zishloltz, LP
200 Garden City Plaza, Suite 408
Garden City, NY 11530

PIRS Capital, LLC
1688 Meridian Ave
Ste 700
Miami Beach, FL 33139

Product Integrity Laboratory Llc
PO Box 937
Marshalls Creek, PA 18335

PXYData
1618 11th Street
Unit 202
Washington, DC 20001

Queenwood 34 LLC
c/o Crown Properties, Inc.
15 Watts Street 5th Floor
New York, NY 10013

Quiet Logistics Inc.
64 Jackson Road
Devens, MA 1434

R Glass LLC
27 West 20th St.
New York, NY 10011

Rachel Apfel Glass
27 West 20th Street
New York, NY 10011

Rapid Finance aka Small Business Financial So
4500 East West Highway
6th Floor
Bethesda, MD 20814

Rapid Permit Service Inc.
7711 Garrison Road
Suite 200
Landover Hills, MD 20784

RC Data Science Consulting LLC
351 West 53rd Street
4W
New York, NY 10019

Rock Build Consultants Llc
231 Main St
Eastchester, NY 10709

Rosa Aucapina
4535 W 48th St
Woodside, NY 11377

Rosa Buri
37-68 97th St
2C
Corona, NY 11368

Rosa Chazo Pinguil
94-32 50th Avenue 1fl
Elmhurst, NY 11373

Rosa Dorinda Zhincay

Rosa Tenezaca
45-59 45thSt
Queens, NY 11377

Rosenberg & Pittinsky, LLP
232 Madison Avenue
Suite 906
New York, NY 10016

RPJ, Inc.
7432 Southwest 48th Street
Miami, FL 33155

Ruth Carpio
48-16 47th St 5 A
Sunnyside, NY 11377

RV Main Campus Revenue
PO Box 734453
Dallas, TX 75391

Sara Yagloa
32-65 107th Street
Queens, NY 11369

SHG Montvale MB IR, LLC
c/o The S. Hekemian Group
10 Sterline Blvd. Ste 401
Englewood, NJ 07631

Shopify
131 Greene Street
New York, NY 10012

Sign Metro
9224 Monsey Drive
Houston, TX 77063

Sign Planet & Graphix Inc
5 Wildwood Gardens A1
Port Washington, NY 11050

Sisun Law
79 Madison Ave
Floor 2
New York, NY 10016

SM 84th TIC LLC
108 Delaney Street
4th Floor
New York, NY 10002

Sophiya Rai
66 Chestnut Street
Lodi, NJ 7644

Staples - Commercial
PO Box 70242
Philadelphia, PA 19176

Starr Associates LLP
220 East 42 Street
Suite 3302
New York, NY 10017

State of Connecticut Department of Revenue Se
450 Columbus Blvd.
Suite 1
Hartford, CT 06103

Stephen Hessen Company of Florida, LLC
7380 Red Road
South Miami, FL 33143

Street Retail, LLP
c/o Miles & Stockbridge, P.C.
11 N. Washington St. Suite 700
Rockville, MD 20850

Subedi Sharada
66-55 Saunders Street 1 Fl
Flushing, NY 11374

Sy Engineering Pllc
42-14 Bell Blvd. 2nd Floor
Bayside, NY 11361

Takiyah Ballard
498 Greene Avenue
Apt4
Brooklyn, NY 11216

Tamara Mencias
299 Schaefer Street
Brooklyn, NY 11237

TD Ameritrade
c/o Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017

Texaccess Services
161 Coreopsis Cove
Kyle, TX 78640

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711

The City of New Rochelle
New Rochelle Department of Buildings
515 North Avenue
New Rochelle, NY 10801

The Okeefe Group Llc
P.O. Box 1240
Attleboro, MA 2703

Tina Lama
3520 Leverich Street B431
Jackson Heights, NY 11372

TRC Image Solutions LLC
3378 Curtis drive, #102
PO Box 642
Suitland, MD 20746

Tyko Sign Group
5002 Venice Boulevard
Los Angeles, CA 90019

U.S. Small Business Administration
26 Federal Plaza, Room 3100
District Counsel, New York District Offi
New York, NY 10278

United Vanlines Llc
22304 Network Place
Chicago, IL 60673

VB Cosmetics Inc
6511 West Frye Road
Ste 7
Chandler, AZ 85226

VD Brand Holdings, Inc.
c/o Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019

Virginia Department of Tax
1957 Westmoreland Street
Richmond, VA 23230

Vortech Mechanical Corp.
2140 Pond Road
unit 5
Ronkonkoma, NY 11779

Westport Tax Collector
110 Myrtle Avenue
Room 109
Westport, CT 06880

Wood Plan Inc
28-31 119th Street
Flushing, NY 11354

World Hub Construction Inc.
45-65 166th Street
flushing, NY 11358

Yext Inc.
61 9th Avenue
New York, NY 10011

Zenoti
15395 Southeast 30th Place
Ste 100
Bellevue, WA 98007